**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 20-cv-00397-REB-NRN

CARISSA HILL, an individual,

    Plaintiff,

v.

PAPA JOHN'S INTERNATIONAL, INC., a Delaware corporation, and
PJ DENVER, LLC, a Foreign corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the parties' **Stipulation of Dismissal and Request to Vacate Trial** [#33],[1] filed May 17, 2021. Rule 41(a)(1)(A)(iI) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation satisfies those requirements. Because the parties have so stipulated, the dismissal will be with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal and Request to Vacate Trial** [#33], filed May 17, 2021, is approved;

2. That under Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, with each party to bear their own attorney fees and costs;

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the combined Final Pretrial Conference and Trial Preparation Conference scheduled for June 24, 2021, at 1:30 p.m., is vacated;

4. That the trial scheduled to commence on July 12, 2021, is vacated; and

5. That this case is closed.

Dated May 18, 2021, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge